IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

* * * * * * * * * * * * * * *

| | |
|---|---|
| KENTON N. PAULSON, | Cause No.: CV-17-32-BMM-JTJ |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| DUGAN BARR and BARR & MUDFORD, LLP, | |
| Defendants. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Upon stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed, with prejudice, as being fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 12th day of February, 2018.

_____
John Johnston
United States Magistrate Judge